```
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:03-CR-512-KJD-RJJ |
| v. | **ORDER** |
| YOSVANY RUZ LOPEZ, | |
|     Defendant. | |

    The Court has reviewed Defendant Yosvany Ruz Lopez's letter (#19), seeking the Court's confirmation that Defendant has completed his Federal sentence. Following Defendant's guilty plea before this Court, he was convicted and sentenced in the State courts on other charges. The Federal Bureau of Prisons apparently elected to have Defendant serve his state time prior to commencing his Federal sentence. Having reviewed the plea agreement and the sentencing documents, no reference is made to concurrent service of Defendant's sentences. Thus, it appears to the Court that Defendant's Federal sentence will begin only after Defendant is paroled from his State sentence.

    DATED this 18th day of April 2014.

_____
Kent J. Dawson
United States District Judge